IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE MAXIMUS, INC. SECURITIES LITIGATION, | ) ) ) ) | Civil Action No. 1:17-cv-0884 (AJT/IDD) |

**ORDER**

Pending before the Court is Defendants' Motion to Dismiss for Failure to State a Claim [Doc. No. 49] (the "Motion"). On March 16, 2018, the Court held a hearing on the Motion, following which it took the matter under advisement. Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, the arguments of counsel, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Motion [Doc. No. 49] be, and the same hereby is GRANTED; and it is further

ORDERED that this action be, and the same hereby is, DISMISSED.

The Clerk is directed to forward copies of this Order to all counsel of record and to enter judgment in favor of the Defendants pursuant to Fed. R. Civ. P. 58.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 27, 2018