# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | | |
|---|---|---|
| Steamfitters Local 449 Pension Plan | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:17-cv-884 (AJT/IDD) |
| | ) | |
| | ) | |
| Maximus, Inc. et al | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on August 27, 2018 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants Maximus, Inc., Richard Montoni, Richard Nadeau, Bruce Caswell and against the Plaintiff, Steamfitters Local 449 Pension Plan on all claims.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
L. Creek
Deputy Clerk

Dated: 8/27/2018
Alexandria, Virginia