FILED: June 14, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2127
(1:17-cv-00884-AJT-IDD)

_____

AMALGAMATED BANK, as Trustee for the LongView Collective Investment Funds

    Plaintiff - Appellant

and

STEAMFITTERS LOCAL 449 PENSION PLAN, Sued Individually and on behalf of All Others Similarly Situated

    Plaintiff

v.

MAXIMUS, INC.; RICHARD MONTONI; RICHARD NADEAU; BRUCE CASWELL

    Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                      /s/ PATRICIA S. CONNOR, CLERK